Michael A. Albert (Admitted *Pro Hac Vice*)
malbert@wolfgreenfield.com
Nathan R. Speed (Admitted *Pro Hac Vice*)
nspeed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 646-8000
Facsimile: (617) 646-8646

*Attorneys for Defendant Formlabs, Inc.*

Marc Lorelli (Admitted *Pro Hac Vice*)
mlorelli@brookskushman.com
Frank A. Angileri (Admitted *Pro Hac Vice*)
fangileri@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

*Attorneys for Plaintiff EnvisionTEC, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENVISIONTEC, INC.<br><br>           Plaintiff,<br><br>     vs.<br><br>FORMLABS, INC.<br><br>           Defendant. | Case No.: 2:16-cv-06812-RSWL-RAO<br><br>**JOINT STATUS REPORT** |

**Joint Status Report**

Pursuant to the Court's order granting Defendant's unopposed motion to stay (Dkt. No. 52), the parties submit the instant joint status report.

On October 5, 2018, the U.S. Patent and Trademark Office's Patent Trial and Appeal Board issued a final written decision finding all challenged claims of U.S. Patent No. 7,195,472 unpatentable, including the only two claims (claims 10 and 14) that form the basis of Plaintiff's infringement allegation against Defendant.

JOINT STATUS REPORT
Case No. 2:16-cv-06812-RSWL-RAO     1

| | |
|---|---|
| Dated: October 19, 2018 | Respectfully Submitted, |

/s/ Michael A. Albert
Michael A. Albert (Admitted *Pro Hac Vice*)
malbert@wolfgreenfield.com
Nathan R. Speed (Admitted *Pro Hac Vice*)
nspeed@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone: (617) 646-8000
Facsimile: (617) 646-8646

*Attorneys for Defendant Formlabs, Inc.*


/s/ Frank A. Angileri
Marc Lorelli (Admitted *Pro Hac Vice*)
mlorelli@brookskushman.com
Frank A. Angileri (Admitted *Pro Hac Vice*)
fangileri@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

*Attorneys for Plaintiff EnvisionTEC, Inc.*