1  Michael A. Albert (Admitted *Pro Hac Vice*)
2  malbert@wolfgreenfield.com
   Nathan R. Speed (Admitted *Pro Hac Vice*)
3  nspeed@wolfgreenfield.com
4  WOLF, GREENFIELD & SACKS, P.C.
   600 Atlantic Avenue
5  Boston, MA 02210
6  Telephone: (617) 646-8000
7  Facsimile: (617) 646-8646

8  *Attorneys for Defendant Formlabs, Inc.*

9
   Marc Lorelli (Admitted *Pro Hac Vice*)
10 mlorelli@brookskushman.com
11 Frank A. Angileri (Admitted *Pro Hac Vice*)
   fangileri@brookskushman.com
12 BROOKS KUSHMAN P.C.
13 1000 Town Center, 22nd Floor
   Southfield, MI 48075
14 Telephone: (248) 358-4400
15 Facsimile: (248) 358-3351

16
   *Attorneys for Plaintiff EnvisionTEC, Inc.*
17

18
19                **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
20
21  ENVISIONTEC, INC.
22              Plaintiff,
                                    Case No.: 2:16-cv-06812-RSWL-RAO
23       vs.
                                    **JOINT STIPULATION FOR**
24                                  **DISMISSAL WITH PREJUDICE**
25  FORMLABS, INC.
26              Defendant.
27
28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff EnvisionTEC, Inc. and Defendant Formlabs, Inc. (individually "Party" and jointly "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff EnvisionTEC, Inc. has represented that it will not appeal the final written decision entered by the Patent Trial and Appeal Board in IPR2017-01258;

WHEREAS the Parties have agreed to the Dismissal With Prejudice of this action concerning U.S. Patent No. 7,195,472 (the "'472 Patent"), including all claims and counterclaims stated herein concerning the '472 Patent against all Parties, with each Party to bear its own attorneys' fees and costs.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and through the undersigned counsel, that all claims and counterclaims concerning the '472 Patent are dismissed with prejudice.

Dated: November 1, 2018        /s/ Michael A. Albert
                               Michael A. Albert (Admitted *Pro Hac Vice*)
                               malbert@wolfgreenfield.com
                               Nathan R. Speed (Admitted *Pro Hac Vice*)
                               nspeed@wolfgreenfield.com
                               WOLF, GREENFIELD & SACKS, P.C.
                               600 Atlantic Avenue
                               Boston, Massachusetts 02210
                               Telephone: (617) 646-8000
                               Facsimile: (617) 646-8646
                               *Attorneys for Defendant Formlabs, Inc.*

Dated: November 1, 2018        /s/ Frank A. Angileri
                               Marc Lorelli (Admitted *Pro Hac Vice*)
                               mlorelli@brookskushman.com
                               Frank A. Angileri (Admitted *Pro Hac Vice*)
                               fangileri@brookskushman.com
                               BROOKS KUSHMAN P.C.
                               1000 Town Center, 22nd Floor

JOINT STIPULATED DISMISSAL
Case No. 2:16-cv-06812-RSWL-RAO        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Southfield, MI 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
*Attorneys for Plaintiff EnvisionTEC, Inc.*